UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANTON HARRY MCCAIN, II,<br><br>                Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendant. | CASE NO. C20-05650-RSM<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

      This matter comes before the Court on Plaintiff McCain's Motion for a 60-day extension of time to object to the Report and Recommendation ("R & R"). Dkt. #77. Defendants do not oppose Plaintiff's request for a time extension but ask that the Court limit the extension to 30 days. Dkt. #78.

      On July 1, 2020, Plaintiff, proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 civil rights action against Defendants Washington state Department of Corrections ("DOC") and staff at the Monroe Correctional Center – Twin Rivers Unit ("MCC-TRU") where he is currently confined. Dkt. #1. On September 10, 2021, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued the R & R recommending denial of Plaintiff's request to strike and granting Defendants' motion for summary judgment dismissal of Plaintiff's claims with prejudice. Dkt. #75. The R & R directed Plaintiff to file objections no later than October 1, 2021. *Id*

1    Plaintiff requests an additional 60 days to file objections, extending his time to respond
2    from October 1 until November 30, 2021. Dkt. #77. In support of his motion, Plaintiff cites
3    serious medical conditions, inability to access the law library, and time required to prepare his
4    Objections. *Id.* at 1-2. Plaintiff also cites his need for additional time to obtain records in response
5    to his public disclosure requests. *Id.* The Government partially objects to Plaintiff's time
6    extension request, asking that this Court limit the extension to 30 days rather than 60. Dkt. #78.

7    The Federal Rules of Civil Procedure allow a court to extend the time before a deadline
8    elapses for "good cause." Fed. R. Civ. P. 6(b)(1)(A). This Court previously addressed Plaintiff's
9    pending public records request in its August 13, 2021 order, concluding that any further extension
10   of time to receive the requested records was inappropriate given that discovery closed on
11   December 21, 2020. Dkt. #71 at 4 (citing Dkt. #16). Noting the protracted delays in this case, the
12   Court found no basis to re-open discovery and stay the dispositive motion deadline until Plaintiff
13   received his responsive documents. *Id.* at 5. Accordingly, Plaintiff's public records request
14   provides no good cause for a time extension.

15   Having considered the remaining reasons offered by Plaintiff and considering that the
16   Government does not object to a thirty-day extension, the Court finds sufficient good cause to
17   extend the deadline to file objections by thirty (30) days to **November 1, 2021**.

## CONCLUSION

19   Having considered Plaintiff's motion for time extension and the Government's response,
20   the Court ORDERS that Plaintiff's Motion for an Extension of Time, Dkt. #77, is GRANTED IN
21   PART. Plaintiff may file his objections to the R & R no later than **November 1, 2021.** The
22   Clerk is directed to send copies of this Order to Petitioner.

DATED this 22nd day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE