1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8

STANTON HARRY MCCAIN, II

9                             Plaintiff,

CASE NO. C20-5650-RSM

10        v.

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

11  DEPARTMENT OF CORRECTIONS, *et
al.*,

12                            Defendants.

13

14        Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida,

15  United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

16        (1)      The Court ADOPTS the Report and Recommendation.

17        (2)      Plaintiff's request to strike, Dkt. #38, is DENIED.

18        (3) Defendants' motion for summary judgment, Dkt. #27, is GRANTED. The claims

19  against Defendants Neghmouche and Henderling are dismissed with prejudice and the case is

20  closed.

21        (4) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

22  //

23  //

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

DATED this 8th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE